UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re E-Filing Privileges Request by Todd McCormick, | No. 2:24-mc-00469-TLN<br><br>**ORDER** |

     Todd McCormick filed a request for e-filing access as an attorney.  The request was referred to the undersigned.  On December 5, 2024, the Court issued a Minute Order noting Todd McCormick is an inactive member of the California Bar and ordered McCormick to show cause within twenty-one (21) days as to why he should be able to electronically file documents given the fact that Local Rule 180(a) requires him to be an active member of the California Bar.  No response was filed.  Accordingly, Todd McCormick's request for e-filing as an attorney is DENIED.  The Clerk's Office is directed to close the case.

     IT IS SO ORDERED.

Date: January 17, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

1